BARRY E. HINKLE, Bar No. 071223
NICOLE M. PHILLIPS, Bar No. 203786
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Telephone:  (510) 337-1001
Facsimile:  (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of the NORTHERN CALIFORNIA CARPENTERS REGIONAL COUNCIL | ) No.     C-05-1614<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **STIPULATION FOR ENTRY OF**<br>) **JUDGMENT; ORDER**<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| VINCENT CARMELLO PISANO, Individually; VINCENT CARMELLO PISANO, Individually and doing business as ACTIVE CABINET & FIXTURE COMPANY; VINCENT CARMELLO PISANO, Individually and doing business as ACTIVE PLASTICS, INC. dba ACTIVE CABINET & FIXTURE COMPANY; ACTIVE PLASTICS, INC., doing business as ACTIVE CABINET & FIXTURE COMPANY, ACTIVE PLASTICS, INC., A Suspended California Corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

/ / /

WEINBERG, ROGER &
ROSENFELD
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501
(510) 337-1001

The parties hereto hereby stipulate and agree as follows:

1.   Plaintiffs Robert Alvarado, in his capacity as Trustee of the Carpenters Health And Welfare Trust Fund For California; Carpenters Vacation-Holiday Trust Fund For California; Carpenters Pension Trust Fund For California; Carpenters Training Trust Fund For California (hereinafter "Trust Funds"); and Carpenters 46 Northern California Counties Conference Board for itself and on behalf of the Northern California Carpenters Regional Council (hereinafter referred to collectively as "Plaintiffs"), have brought the above-captioned action against Vincent Carmello Pisano, Individually; Vincent Carmello Pisano, Individually and doing business as Active Cabinet & Fixture Company; Vincent Carmello Pisano, Individually and doing business as Active Plastics, Inc. doing business as Active Cabinet & Fixture Company; and Active Plastics, Inc., doing business as Active Cabinet & Fixture Company, Active Plastics, Inc., A Suspended California Corporation, (hereinafter collectively referred to as "Defendants").  Plaintiffs, in this action, sought $72,317.46 in unpaid fringe benefit contributions and liquidated damages for the period of March, 2004 through April, 2004, plus interest thereon, as well as an audit entry, pursuant to the Carpenters Master Agreement ("Master Agreement") and the relevant trust agreements establishing Plaintiff Trust Funds.  The parties, by and through their counsel of record, hereby stipulate and agree to settle this action under the following terms:

2.   Defendants agree to have judgment entered against them in the amount of $53,626.12 for delinquent fringe benefit contributions and underreported hours for the period of March 2003 through March 2004, together with interest at the rate of eight (8.00%) percent per annum on the unpaid balance.

3.   The parties hereto stipulate and agree that Defendants shall remit an initial payment of $9,101.05 to the Trust Funds' office upon execution of this Stipulation.  The rest of the payments, totaling $36,404.22, plus interest, shall be made over a twelve-month period, with twelve monthly installments of $3,166.75 due on the first day of every month as follows:

| Payment No. | Due Date | Amount Due |
|---|---|---|
| No. 1 | September 1, 2005 | $3,166.75 |
| No. 2 | October 1, 2005 | $3,166.75 |

WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501
(510) 337-1001

| | | |
|---|---|---|
| No. 3 | November 1, 2005 | $3,166.75 |
| No. 4 | December 1, 2005 | $3,166.75 |
| No. 5 | January 1, 2006 | $3,166.75 |
| No. 6 | February 1, 2006 | $3,166.75 |
| No. 7 | March 1, 2006 | $3,166.75 |
| No. 8 | April 1, 2006 | $3,166.75 |
| No. 9 | May 1, 2006 | $3,166.75 |
| No. 10 | June 1, 2006 | $3,166.75 |
| No. 11 | July 1, 2006 | $3,166.75 |
| No. 12 | August 1, 2006 | $3,166.75 |

4.   The parties heretofore stipulate that if all payments as above-described are received by the Trust Funds on the date specified above, or sooner, and if Defendants do not default on any other material condition contained herein, the unpaid balance of the principal stipulation amounting to $8,120.85, plus any interest accruing thereon, shall be waived by the Trust Funds and the Stipulation for Entry of Judgment shall be deemed paid in full.

5.   All of the above-referenced payments, shall be made payable to the Carpenters Trust Funds and mailed to the Carpenter Funds Administrative Office of Northern California, Inc., 265 Hegenberger Road, Suite 100, Oakland California 94621, Attention: Richard Alcantar.

6.   The parties hereto further stipulate and agree that if Defendants fail to make the initial $9,101.05 payment or any of the monthly installments provided for above in paragraph 3, Plaintiffs may then execute upon the Judgment for the full amount of $53,626.12, minus the amount of any payments actually received, together with the interest that shall have accrued thereon.  Failure of Plaintiffs to exercise such option shall not constitute a waiver of the right to exercise it in the event of a continuing or subsequent default.

7.   Additionally, Defendants agree to remain current on all fringe benefit contributions, not yet due and payable, which become due and payable to the Trust Funds during the term of this Stipulated Judgment.  It is a material condition of this Stipulated Judgment that Defendants remain

WEINBERG, ROGER &
ROSENFELD
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001

- 3 -
STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER (Case No. 05-1614)

1  current on all such fringe benefit contributions and failure to do so shall constitute default.

2       8.   If Defendants default in the making of any of said payments or any part thereof, and if

3  Plaintiffs consult legal counsel with respect thereto, there shall be added to Defendant's obligation

4  under a modification to this Stipulation for Entry of Judgment reasonable attorneys' fees, court

5  costs and all other reasonable expenses incurred by Plaintiffs in connection with such suit or claim,

6  including any and all appellate proceedings therein.

7       9.   The provisions set forth in this Stipulation for Entry of Judgment are not in violation of

8  any state or federal law.  However, if any portion of said stipulation is found to be in violation of

9  any state or federal law, then Defendants shall continue to pay the indebtedness outlined herein

10 under Paragraph 3 .

11      10. Plaintiffs hereby stipulate and agree that once Defendants have complied with

12 paragraph 3 of the Stipulation for Entry of Judgment, Plaintiffs shall file a satisfaction of judgment

13 with the Court.

14      11. Defendants acknowledge to Plaintiffs that they have had the opportunity to be

15 represented by independent legal counsel of its own choice throughout all of the negotiations that

16 preceded the execution of this Stipulation for Entry of Judgment.  Defendants further acknowledge

17 that they have had adequate opportunity to perform whatever investigation or inquiry they may

18 deem necessary in connection with the subject matter of this Stipulation for Entry of Judgment

19 prior to its execution, and agree with the delivery and acceptance of the considerations specified in

20 this Stipulation for Entry of Judgment.

21      The parties hereto mutually state that they have read the foregoing Stipulation for Entry of

22 Judgment and are fully aware of its contents and legal facts.  This stipulation for entry of Judgment

23 constitutes the entire agreement of the parties and is entered into on the dates below indicated.

24

25 Dated: _____

26              By: _____//ss//_____

27                  VINCENT CARMELLO PISANO
                 Individually

28

WEINBERG, ROGER &
ROSENFELD
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501
(510) 337-1001

- 4 -
STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER (Case No. 05-1614)

1   Dated:    7/20/2005

2                                    ACTIVE PLASTICS D/B/A ACTIVE CABINET &
                                     FIXTURE COMPANY

3

4                                    By:        /s/Vincent Carmello Pisano
                                            VINCENT CARMELLO PISANO, President
5

6   Dated:    7/29/2005
                                     CARPENTERS TRUST FUNDS
7

8
                                     By:        /s/Richard Alcanter
9                                           RICHARD ALCANTAR
                                            Field Agent for the Carpenter Funds Administrative
10                                          Office of Northern California, Inc.

11

12  Dated:    7/29/2005
                                     CARPENTERS 46 NORTHERN CALIFORNIA
                                     COUNTIES CONFERENCE BOARD
13

14

15                                   By:        /s/William Feyling
                                            WILLIAM FEYLING
16

    As to form only:
17

    Dated:    8/2/2005
18
                                     WEINBERG, ROGER & ROSENFELD
                                     A Professional Corporation
19

20                                   By:        /s/Concepción E. Lozano-Batista
                                            CONCEPCIÓN E LOZANO-BATISTA
21                                            Attorneys for Plaintiffs

22  As to form only:

23
    Dated:    7/26/2005
24
                                     MC DOWALL, COTTER, VALE, BRACO & KELLY

25
                                     By:        /s/Richard M. Kelly
26                                          RICHARD M. KELLY
                                            Attorney for Defendants
27  108002/380827

28

WEINBERG, ROGER &
ROSENFELD
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501
(510) 337-1001

- 5 -
STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER (Case No. 05-1614)

1

**ORDER**

2      It is so ordered that Judgment is entered against Defendants Vincent Carmello Pisano,

3 Individually; Vincent Carmello Pisano, Individually and doing business as Active Cabinet &

4 Fixture Company; Vincent Carmello Pisano, Individually and doing business as Active Plastics,

5 Inc. doing business as Active Cabinet & Fixture Company; and Active Plastics, Inc., doing

6 business as Active Cabinet & Fixture Company, Active Plastics, Inc., A Suspended California

7 Corporation as set forth in the Stipulation For Entry of Judgment.

8

9      8/10/05

10 Dated: _____

11                                        /s/ CLAUDIA WILKEN
                                        _____
12                                        HONORABLE CLAUDIA WILKEN
108002/384707

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501
(510) 337-1001

- 6 -
STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER (Case No. 05-1614)